1
2
3
4
5
6
7
8   # United States District Court
9   # Central District of California
10
11  THERESA BROOKE,                    Case № 5:16-cv-0911-ODW (SP)
12           Plaintiff,
                                       **ORDER TO SHOW CAUSE**
13      v.
14  KHANDUBHAI NAGARJI PATEL,
15           Defendant.
16  / / /
17  / / /
18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28

The Court **ORDERS** Plaintiff Theresa Brooke to **SHOW CAUSE**, no later than **September 26, 2016**, why the Court should not dismiss this action without prejudice for failure to effect service of process on Defendant Khandubhai Nagarji Patel within the Rule 4(m) period.  The Court will discharge this Order upon the filing of a proof of service as to Defendant.  Failure to timely respond to this Order may result in the dismissal of this action without further warning from the Court.

**IT IS SO ORDERED.**

September 19, 2016

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**